JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE BAILEY, Plaintiff, v. PCH FUEL LLC, Defendant. | Case No. CV 26-4706 FMO (Ex) **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 7th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge